CULVER, executrix, *v.* STEVENS, executor, *et al.*
</div>

BECK, P. J. This case is controlled by the decision in the case of the *Georgia Veneer & Packing Co.* v. *Stevens,* ante.

<div align="center">

*Judgment affirmed. All the Justices concur.*

No. 777. DECEMBER 11, 1918.
</div>

Claim. Before Edward R. Hines, judge pro hac vice. Hancock superior court. December 15, 1917.

*L. C. Culver, R. L. Merritt,* and *R. H. Lewis,* for plaintiff.

*L. D. McGregor* and *Burwell & Fleming,* contra.